No. 12–5246. ROSARIO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5248. SASTROM *v.* DREW, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–5249. SELDERS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–5250. SANCHEZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–5251. MUNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5252. ROMAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 12–5253. WALKER *v.* GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5254. TITUS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5255. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5256. TORAIN *v.* SMITHSONIAN INSTITUTION. C. A. Fed. Cir. Certiorari denied.

No. 12–5257. DAVID D. *v.* GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 12–5258. SALVADOR ROMERO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5259. DANIELS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5262. JACKSON *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5266. INFANTE-CABRERA *v.* WALTON, WARDEN. C. A. 6th Cir. Certiorari denied.